BRADLEY A. BENING (State Bar No. 104221)
ELLYN NESBIT (State Bar No. 136398)
WILLOUGHBY, STUART & BENING
50 West San Fernando, Suite 400
San Jose, CA  95113
Telephone:    (408) 289-1972
Facsimile:     (408) 295-6375
Email: bab@wsblaw.net
       een@wsblaw.net

Attorneys for Plaintiff
BOB LEWIS VOLKSWAGEN

MICHAEL BARNES (State Bar No. 121314)
SONIA MARTIN (State Bar No. 191148)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA  94105
Telephone: (415) 882-5000
Facsimile:  (415) 882-0300
Email: mbarnes@sonnenschein.com
       smartin@sonnenschein.com

Attorneys for Defendant
UNIVERSAL UNDERWRITERS
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 5/4/07*

| | |
|---|---|
| BOB LEWIS VOLKSWAGEN<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSAL UNDERWRITERS GROUP, UNIVERSAL UNDERWRITERS INSURANCE COMPANY, DOES 1 through 50, inclusive,<br><br>Defendants. | No.  06-07332 RMW<br><br>STIPULATION AND [xxxxxxxxxxxx] ORDER RE SUMMARY JUDGMENT BRIEFING SCHEDULE |

The parties, by and through their respective counsel of record, hereby stipulate and agree as follows and respectfully request that the Court approve and give effect to their stipulation:

1  WHEREAS, at the March 9, 2007 Case Management Conference, the Court ordered the
2  parties' cross-motions for summary judgment to be heard on August 10, 2007 and directed the
3  parties to stipulate to a proposed briefing schedule;
4  IT IS HEREBY STIPULATED AND AGREED that Universal shall file its motion for
5  summary judgment on June 22, 2007, Plaintiff shall file its combined opposition and cross-
6  motion for summary judgment on July 9, 2007, Universal shall file its combined reply and
7  opposition on July 23, 2007, and Plaintiff shall file its sur-reply on July 30, 2007.
8  IT IS SO STIPULATED.
9  Dated: March 2-2 2007                Respectfully submitted,
10                                       WILLOUGHBY, STUART & BENINGLAW
11
12                                       By _____
13                                              Bradley A. Bening
14                                       Attorneys for Plaintiff
15                                       BOB LEWIS VOLKSWAGEN
16  Dated: March ____, 2007              SONNENSCHEIN NATH & ROSENTHAL LLP
17
18                                       By _____
19                                              Sonia Martin
20
21                                       Attorneys for Defendant
                                         UNIVERSAL UNDERWRITERS INSURANCE
22                                       COMPANY
23  IT IS SO ORDERED.
24
25                                       _____
                                         Hon. Ronald M. Whyte
26
27  27263573
28

CASE NO. 06-07332 RMW              -2-          STIPULATION AND [xxxxx] ORDER RE
                                                SUMMARY JUDGMENT BRIEFING SCHEDULE

1  WHEREAS, at the March 9, 2007 Case Management Conference, the Court ordered the parties' cross-motions for summary judgment to be heard on August 10, 2007 and directed the parties to stipulate to a proposed briefing schedule;

IT IS HEREBY STIPULATED AND AGREED that Universal shall file its motion for summary judgment on June 22, 2007, Plaintiff shall file its combined opposition and cross-motion for summary judgment on July 9, 2007, Universal shall file its combined reply and opposition on July 23, 2007, and Plaintiff shall file its sur-reply on July 30, 2007.

IT IS SO STIPULATED.

Dated: March ____, 2007

Respectfully submitted,

WILLOUGHBY, STUART & BENINGLAW

By _____
Bradley A. Bening

Attorneys for Plaintiff
BOB LEWIS VOLKSWAGEN

Dated: March 22, 2007

SONNENSCHEIN NATH & ROSENTHAL LLP

By _____
Sonia Martin

Attorneys for Defendant
UNIVERSAL UNDERWRITERS INSURANCE COMPANY

IT IS SO ORDERED.

Date: 5/4/07

*Ronald M. Whyte*
Hon. Ronald M. Whyte

27263573

CASE NO. 06-07332 RMW                          - 2 -                  STIPULATION AND [xxxx] ORDER RE
                                                                      SUMMARY JUDGMENT BRIEFING SCHEDULE