1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOB LEWIS VOLKWAGEN,          ) | Case No.: C *06-07332* RMW (PVT) |
| ) | |
| Plaintiff,          ) | **ORDER RE CONFIDENTIALITY** |
| ) | **AGREEMENT AND STIPULATED** |
| v.          ) | **PROTECTIVE ORDER** |
| ) | |
| UNIVERSAL UNDERWRITERS          ) | |
| GROUP, ET AL.,          ) | |
| ) | |
| Defendants.          ) | |
| _____ ) | |

On September 17, 2008, the parties filed their confidentiality agreement and stipulated protective order governing the parties' respective disclosures of certain confidential material in the above-captioned action.  Having reviewed the proposed stipulated protective order, the court finds the following deficiencies:

(1)   the stipulated protective order fails to reference that confidential material must qualify for protection under the standards developed under Rule 26(c);

(2)    the stipulated protective order fails to provide the appropriate procedures for requesting confidential materials be filed under seal pursuant to Civ. L.R. 79-5;

(3)   the court is not required to return sealed materials at the conclusion of the action;

1     and

2     (4)     the stipulated protective order may not be modified solely by agreement of the

3             parties.

4    In addition, the parties are advised to review the model stipulated protective order on the court's

5    website located at <www.cand.uscourts.gov>.

6        IT IS SO ORDERED.

7    Dated:   *October 10, 2008*

8

9    _____
     PATRICIA V. TRUMBULL
     United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28