BRADLEY A. BENING, ESQ.
WILLOUGHBY, STUART & BENING
50 West San Fernando, Suite 400
San Jose, CA 95113
Telephone: (408) 289-1972
Facsimile: (408) 295-6375
Email: bab@wsblaw.net

Attorneys for Plaintiff
BOB LEWIS VOLKSWAGEN

MICHAEL BARNES (State Bar No. 121314)
SONIA MARTIN (State Bar No. 191148)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
Email: mbarnes@sonnenschein.com
smartin@sonnenschein.com

*E-FILED - 12/4/08*

Attorneys for Defendant
UNIVERSAL UNDERWRITERS
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOB LEWIS VOLKSWAGEN,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSAL UNDERWRITERS GROUP, UNIVERSAL UNDERWRITERS INSURANCE COMPANY, DOES 1 through 50, inclusive,<br><br>Defendants. | No. C 06 07332 RMW<br><br>STIPULATION REGARDING HEARING DATE AND [PROPOSED] ORDER |

CASE NO. C 06 07332 RMW

STIPULATION TO VACATE HEARING DATE AND [PROPOSED] ORDER

The parties, by and through their respective counsel of record, hereby stipulate and agree as follows and respectfully request that the Court approve and give effect to their stipulation:

WHEREAS the parties have reached a settlement in this case and are currently drafting the settlement and release agreement;

WHEREAS Universal's Motion for Summary Judgment on Bob Lewis's bad faith claim is currently scheduled for hearing on December 5, 2008; and

WHEREAS Universal's Motion for Summary Judgment is moot in view of the parties' settlement and the parties propose to withdraw the motion in the interests of judicial economy;

IT IS HEREBY STIPULATED AND AGREED that Universal's Motion for Summary Judgment is hereby withdrawn and the December 5, 2008 hearing date should be vacated.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: December 3, 2008

WILLOUGHBY, STUART & BENING

_____
BRADLEY BENING
Attorney for Plaintiff
BOB LEWIS VOLKSWAGEN

Dated: December 3, 2008

SONNENSCHEIN NATH & ROSENTHAL LLP

_____
MICHAEL BARNES

Attorneys for Defendant
UNIVERSAL UNDERWRITERS INSURANCE COMPANY

IT IS SO ORDERED.

DATED: __12/4/08__, 2008

The parties are shall file a dismissal with the Court by 12/15/08 or appear for a Case Management Conference on
December 19, 2008 @ 10:30 a.m. (rmw)

_Ronald M. Whyte_
Ronald M. Whyte
UNITED STATES DISTRICT JUDGE

CASE NO. C 06 07332 RMW

-1-

STIPULATION TO VACATE HEARING DATE AND [PROPOSED] ORDER

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 882-5000