Bradley A. Bening - 104221
Ellyn E. Nesbit - 136398
WILLOUGHBY, STUART & BENING, INC.
50 W. San Fernando St., Suite 400
San Jose, California 95113
Telephone (408) 289-1972
Facsimile: (408) 295-6375

Attorneys for Plaintiff
Bob Lewis Volkswagen

Michael Barnes - 121314
Sonia Martin - 191148
525 Market Street, 26th Floor
San Francisco, CA 94105
Telephone (415) 882-5000
Facsimile (415) 882-0300

Attorneys for Defendant
Universal Underwriters
Insurance Company

*E-FILED - 12/17/08*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB LEWIS VOLKSWAGEN, <br><br> Plaintiffs, <br><br> vs. <br><br> UNIVERSAL UNDERWRITERS INSURANCE COMPANY, <br><br> Defendant. | No. 06-07332 RMW <br><br> NOTICE OF STATUS OF SETTLEMENT AND JOINT REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE <br><br> AND ORDER <br><br> Next Case Management Conference: 12/19/08 |

Notice and Request for Continuance

1

1  Counsel for the parties filed a stipulation on December 3, 2008, notifying this Court of the
2  settlement of this action, and requesting that the hearing set for December 5, 2008 on cross-motions
3  for summary judgment be vacated.
4  On December 4, 2008, this Court entered its Order vacating the hearing date, and ordering
5  the parties to appear for a Case Management Conference on December 19, 2008, if a dismissal is not
6  on file with the Court by December 15, 2008.
7  The parties will not be able to file a dismissal by December 15, 2008 for the reason that Bob
8  Lewis Volkswagen is in Chapter 11 bankruptcy, Northern District of California Bankruptcy Case
9  No. 08-50015. Approval from the Bankruptcy Court will need to be obtained for the settlement.
10 Counsel for Bob Lewis Volkswagen is informed and believes that the Bankruptcy Court
11 approval process will take a minimum of 20 days from the date that required notices are filed in the
12 Bankruptcy Court, and will take a minimum of 35 days if objections to the settlement are lodged in
13 Bankruptcy Court.  Counsel for Bob Lewis Volkswagen anticipates that bankruptcy counsel for Bob
14 Lewis Volkswagen will have the appropriate notices on file in the Bankruptcy Court by December
15 19, 2008.
16 The parties therefore respectfully request that this Court continue the Case Management
17 Conference currently set for December 19, 2008, until a date in February, 2009, to allow sufficient
18 time for Bankruptcy Court approval to be obtained, and then to file a stipulation for dismissal in this
19 action.
20 IT IS SO STIPULATED.

DATED: December 9, 2008            WILLOUGHBY, STUART & BENING

                                   By: _____Ellyn Nesbit_____
                                        Ellyn E. Nesbit
                                        Attorneys for Plaintiff, Bob Lewis
                                        Volkswagen

Notice and Request for Continuance                2

| | |
|---|---|
| 1  DATED: December 9, 2008 | SONNENSCHEIN NATH & ROSENTHAL LLP |
| 2  |  |
| 3  | By: /s/ Michael Barnes |
| 4  | Michael Barnes |
| 5  | Attorneys for Defendant, Universal Underwriters Insurance Company |

**ORDER**

IT IS SO ORDERED. The parties are to file a dismissal with the Court by 2/20, 2009, or appear for a Case Management Conference on 2/27, 2009, at 10:30 a.m.

DATED: 12/17/08

/s/ Ronald M. Whyte
Hon. Ronald M. Whyte
United States District Judge

Notice and Request for Continuance

3