1  Bradley A. Bening - 104221
   Ellyn E. Nesbit - 136398
2  WILLOUGHBY, STUART & BENING, INC.
   50 W. San Fernando St., Suite 400
3  San Jose, California 95113
   Telephone (408) 289-1972
4  Facsimile: (408) 295-6375

5  Attorneys for Plaintiff
   Bob Lewis Volkswagen
6
   Michael Barnes - 121314
7  Sonia Martin - 191148
   525 Market Street, 26th Floor
8  San Francisco, CA 94105
   Telephone (415) 882-5000
9  Facsimile  (415) 882-0300

10 Attorneys for Defendant
   Universal Underwriters            *E-FILED - 2/25/09*
11 Insurance Company

12

13               IN THE UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15
   BOB LEWIS VOLKSWAGEN,         )  No.  06-07332 RMW
16                               )
              Plaintiffs,        )  ORDER GRANTING REQUEST
17                               )  REPORT RE: STATUS OF SETTLEMENT
   vs.                           )  AGREEMENT AND JOINT REQUEST FOR
18                               )  CONTINUANCE OF CASE
   UNIVERSAL UNDERWRITERS        )  MANAGEMENT CONFERENCE
19 INSURANCE COMPANY,            )
                                 )
20            Defendant.         )
                                 )
21                               )  Next Case Management Conference: 2/27/09
                                 )
22                               )
                                 )
23                               )
                                 )
24 _____ )

25

26

27

28

                                    1
   Request for Continuance

1  The parties have agreed to a settlement of this action. This Court has issued an order
2  requiring the parties to appear for a Case Management Conference on February 27, 2009 if a
3  dismissal is not on file with the Court by February 20, 2009.
4  Progress has been made on finalizing the Agreement, but the parties will not be able to file a
5  dismissal by February 20, 2009 for the following reasons:
6      1. Counsel for the parties have now reached an agreement on the language of the
7  Settlement Agreement, and the Agreement is currently being circulated for
8  signatures, but an executed Agreement has not yet been obtained.
9      2. Bob Lewis Volkswagen is in Chapter 11 bankruptcy, Northern District of California
10  Bankruptcy Case No. 08-50015. Proceedings to obtain Bankruptcy Court approval
11  of the settlement are in progress, but approval has not yet been granted. The
12  deadline for creditors to file objections in the bankruptcy action to the settlement is
13  February 22, 2009. If no objections are filed, bankruptcy counsel will request an
14  immediate order approving the settlement.

16  The parties therefore respectfully request that this Court continue the Case Management
17  Conference currently set for February 27, 2009 for 30 days to sufficient time for Bankruptcy Court
18  approval to be obtained and for the Agreement to be fully executed.

20  IT IS SO STIPULATED.

22  DATED: February 20, 2009          WILLOUGHBY, STUART & BENING

24  By: _____
    Ellyn E. Nesbit
    Attorneys for Plaintiff, Bob Lewis
    Volkswagen

```
 1  DATED: February 20, 2009              SONNENSCHEIN NATH & ROSENTHAL LLP
 2
 3                                        By: /s/ Megan
                                              Michael Barnes
 4                                            Megan L. Dunham
                                              Attorneys for Defendant, Universal
 5                                            Underwriters Insurance Company
 6
 7                                     ORDER
 8       IT IS SO ORDERED. The parties are to file a dismissal with the Court by
 9  __March 20__, 2009, or appear for a Case Management Conference on __March 27__, 2009,
10  at 10:30 a.m.
11
    DATED: _2/25/09_                       /s/ Ronald M. Whyte
12                                         Hon. Ronald M. Whyte
                                           United States District Judge
13
```

Request for Continuance

3