BRADLEY A. BENING, ESQ.
WILLOUGHBY, STUART & BENING
50 West San Fernando, Suite 400
San Jose, CA 95113
Telephone: (408) 289-1972
Facsimile: (408) 295-6375
Email: bab@wsblaw.net

Attorneys for Plaintiff
BOB LEWIS VOLKSWAGEN

MICHAEL BARNES (State Bar No. 121314)
SONIA MARTIN (State Bar No. 191148)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
Email: mbarnes@sonnenschein.com
smartin@sonnenschein.com

Attorneys for Defendant
UNIVERSAL UNDERWRITERS
INSURANCE COMPANY

*E-FILED - 5/7/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOB LEWIS VOLKSWAGEN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>UNIVERSAL UNDERWRITERS GROUP, UNIVERSAL UNDERWRITERS INSURANCE COMPANY, DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | No. C 06 07332 RMW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER RE DISMISSAL<br><br>[F.R.C.P. 41(A)(1)(II)] |

　　　　Plaintiff Bob Lewis Volkswagen and defendant Universal Underwriters Insurance Company hereby agree that this action should be dismissed in its entirety with prejudice, with

-1-

Case No. C 06 07332 RMW　　　　　　　　　　　　　　　　　　　　　　STIP AND [~~PROPOSED~~] ORDER OF DISMISSAL

1   each party to bear his, her or its own costs and attorneys' fees. The parties respectfully request
2   that the Court approve and give effect to this dismissal.
3       IT IS SO STIPULATED.
4   Dated: _March 26, 2009        WILLOUGHBY, STUART & BENING

                                        BRADLEY BENING
                                        Attorney for Plaintiff
                                        BOB LEWIS VOLKSWAGEN

9   Dated: March 25, 2009        SONNENSCHEIN NATH & ROSENTHAL LLP

                                        MICHAEL BARNES

                                        Attorneys for Defendant
                                        UNIVERSAL UNDERWRITERS INSURANCE
                                        COMPANY

16       IT IS SO ORDERED.

19   Dated: _5/7/09_                    *Ronald M. Whyte*
                                        The Honorable Ronald M. Whyte
                                        United States District Judge

Case No. C 06 07332 RMW                                      STIP AND [PROPOSED] ORDER OF DISMISSAL